No. 00–10080.  HILL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–10082.  DAVIS *v.* TURPIN, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 00–10083.  ERVIN *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 00–10084.  BIRKS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10092.  MACK *v.* LAMARQUE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–10094.  ECKLES *v.* MITCHEM, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–10095.  CLAY *v.* JACKSON, SHERIFF, WILKINSON COUNTY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–10096.  DOYLE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–10097.  CHOICE *v.* DAVIS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–10098.  CAMPOS *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 00–10099.  EPPERSON *v.* BUTLER.  Ct. App. Mich.  Certiorari denied.

No. 00–10100.  DUNCAN *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 00–10106.  RANSOM *v.* CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 00–10120.  PETERS *v.* CALHOUN COUNTY COMMISSION.  C. A. 11th Cir.  Certiorari denied.